No. 64879.—J. Einstein et al. v. United States, protests 227813–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 16, 1960

No. 64880.—Allied Display Materials, Inc. v. United States, protest 60/3995 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 64881.—Inter-Maritime Forwarding Co., Inc. v. United States, protest 60/3280 (New York).

Opinion by OLIVER, C.J. The protest was dismissed.